**The People of the State of Illinois, defendant in error, v. William Schmidt, plaintiff in error. Gen. No. 6,976.**

Information for violation of the statute concerning the manufacture, possession and use of intoxicating liquor in prohibition territory. Defendant found guilty and judgment of fine and imprisonment imposed, and the premises abated as a nuisance. Error to the County Court of Lake county; the Hon. Perry L. Persons, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed February 23, 1922.

Alfred F. Tompkins and George W. Field, for plaintiff in error; Sidney H. Block, of counsel. Ashbel V. Smith and Albert T. Hall, for defendant in error.

Mr. Presiding Justice Dibell delivered the opinion of the court.

---

**The People of the State of Illinois, defendant in error, v. George and Theressa Sheldon. Theressa Sheldon, plaintiff in error. Gen. No. 6,977.**

Information for violation of the liquor laws. Conviction under a count charging defendants with permitting the manufacture of intoxicating liquor in premises owned by them. Fines and imprisonment imposed and premises abated. Error to the County Court of Lake county; the Hon. Perry L. Persons, Judge, presiding. Heard in this court at the October term, 1921. Reversed and remanded. Opinion filed February 23, 1922.

William A. Deane, for plaintiff in error; George W. Field and Sidney H. Block, of counsel. Ashbel V. Smith and Albert Hall, for defendant in error.

Mr. Presiding Justice Dibell delivered the opinion of the court.

---

**Edward Hinkley, appellant, v. International Harvester Company, appellee. Gen. No. 6,980.**

Action for damages for personal injuries received while assisting defendant's servant in repairing plaintiff's gasoline engine, due to the negligence of such servant in starting the engine without warning. Judgment for defendant on a directed verdict. Appeal from the Circuit Court of Winnebago county; the Hon. Robert K. Welsh, Judge, presiding. Heard in this court at the October term, 1921. Reversed and remanded. Opinion filed February 23, 1922.

Garrett, Maynard & Hull, for appellant. Fisher, North, Welsh & Linscott, for appellee; William D. McHugh and David A. Orebaugh, of counsel.

Mr. Presiding Justice Dibell delivered the opinion of the court.